# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-2689
_____

THE MOSAIC COMPANY and
CCMSI,

    Appellants/Cross-Appellees,

    v.

LARRY GLENN,

    Appellee/Cross-Appellant.

_____

On appeal from an order of the Office of the Judges of Compensation Claims.
John P. Moneyham, Judge.

Date of Accidents: October 9, 2017; November 8, 2017.

September 23, 2022

PER CURIAM.

    AFFIRMED.

LEWIS, B.L. THOMAS, and RAY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Vanessa J. Johnson, Tampa, for Appellants/Cross-Appellees.

Bradley G. Smith, Nicolette E. Tsambis, Lakeland, for Appellee/Cross-Appellant.